## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 0 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

*Isiah N. Holland*

Registration No.

*03631-007*

**CRIMINAL NO:** *05-509 M*

*w/o opposition findings waived written on the record*

### ORDER

It is hereby ordered that the Defendant _*Isiah N. Holland*_

be committed to the custody of the Attorney General or a designated representative for

confinement in the corrections facility separate, to the extent practical, apart from persons

awaiting or serving sentences or being held in custody pending appeal. Defendant shall be

afforded a reasonable opportunity for private consultation with defense counsel. Upon order of a

Court of the United States of America or at the request of the United States Attorney for the

Government, the person in charge of the corrections facility shall deliver the Defendant to the

United States Marshal for the purposes of an appearance in connection with a court proceeding.

**SO ORDERED**, this _5_ day of _Oct._, _05_ .

DEBORAH A. ROBINSON
United States Magistrate Judge