# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-0509M** |
| **v.** | : | |
| **ISIAH N. HOLLAND,** | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Lynn C. Holliday, at telephone number (202) 616-9550, and/or email address lynn.holliday@usdoj.gov. Assistant United States Attorney Lynn C. Holliday will substitute for Assistant United States Attorney William Wiegand as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Lynn C. Holliday
Assistant United States Attorney
Federal Major Crimes Section, Bar No. 415-954
555 4th Street, NW, Room 4235
Washington, DC 20530
(202) 616-9550

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a copy of the foregoing notice has been mailed, first class, postage prepaid, to James Beane, Esq., 2715 M Street, N.W., Suite 200, Washington, DC 20007, this   15th  day of November, 2005.

_____
Lynn C. Holliday
Assistant United States Attorney