UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 05-0509M-01 (CR) |
| | : | |
| **ISIAH HOLLAND,** | : | VIOLATION: 18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about August 10, 2004, within the District of Columbia, **ISIAH HOLLAND**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case Nos. F6543-00 and F0696-02, did unlawfully and knowingly receive and possess a firearm, that is, a Ruger 9mm semi-automatic handgun, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

                      KENNETH L. WAINSTEIN
                      Attorney of the United States in
                      and for the District of Columbia
                      Bar No. 451-058

BY: _____
        LYNN HOLLIDAY
        Assistant United States Attorney
        Bar No. 415954
        Federal Major Crimes Section
        555 4th Street, N.W., Room 4235
        Washington, D.C. 20530
        (202) 616-9550