UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
| : | |
| v.  : | Criminal Action No. 05cr436 |
| : | Judge Colleen Kollar-Kotelly |
| ISIAH HOLLAND  : | |
| : | |
| Defendant  : | |
| : | |

ORDER

The U.S. Probation Department shall prepare and file a pre-sentence report for Isiah Holland by no later than March 17, 2006; the parties' memoranda of law shall be filed by no later than April 6, 2006; and it is further

ORDERED that the defendant shall be sentenced on April 21, 2006, at 9:00 a.m. in Courtroom 28, Annex - 6th Floor.

_____
Date: Jan. 4, 2006

_____
JUDGE COLLEEN KOLLAR-KOTELLY
United States District Judge

cc:   Chambers
      Courtroom Clerk
      Michelle Peterson, AFPD
      Isiah Holland, 1213 Eaton Road, SE, Washington, D.C. 20020
      Lynn Holliday, AUSA
      Pretrial Services
      U.S. Probation Office