AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Isiah Holland

**WAIVER OF INDICTMENT**

CASE NUMBER: 05-436 (CKK)

I, _Isiah Holland_____, the above named defendant, who is accused of

unlawful possession of a firearm by a person convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 USC 922(g)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _January 4, 2006_ prosecution by indictment and consent that the
                                   Date
proceeding may be by information rather than by indictment.

x _____
  Defendant

_____
Counsel for Defendant

Before _____
       Judicial Officer