UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :          Criminal No. 05- 0436 (DAR)

            v.          :

ISAIH HOLLAND,          :

      Defendant.          :

                                 :

## FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this Factual Proffer in Support of a Guilty Plea.

1. The defendant is charged in Count One of the Indictment with unlawfully receiving and possessing a firearm and ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce in violation of 18 U.S.C. Section 922(g)(1). The essential elements of these offenses are:

A. That the defendant knowingly possessed a firearm and ammunition, that is, a 9mm caliber semi-automatic pistol and 9mm caliber ammunition; and

B. That the firearm and ammunition had been shipped or transported from one state to another; and

C. That, at the time the defendant possessed the pistol and ammunition, the defendant had been convicted of a felony.

2. On September 26, 2005, members of the Metropolitan Police Department observed the defendant operating a stolen vehicle in the area of Minnesota Avenue and Benning Road, N.E., Washington, DC. During a search incident to arrest, a 9mm semi-automatic pistol loaded with 11 rounds of 9mm ammunition, and an additional gun magazine containing 10 rounds of 9mm ammunition was recovered from the defendant's person.

3. This factual proffer is a summary of the defendant's actions, and is not intended to be a complete accounting of all facts and events related to these offenses or other offenses. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support the defendant's guilty plea to the offenses of possessing a firearm and ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

*Lynn C. Holliday*

LYNN C. HOLLIDAY
Assistant United States Attorney
DC Bar Number 415954
Federal Major Crimes Section
555 4th Street, N.W., Room 4235
Washington, DC 20530
(202) 616-9550