UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-436 (CKK) |
| | : | |
| v. | : | |
| | : | |
| ISAIH HOLLAND, | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S REQUEST FOR AN ADDITIONAL ONE-LEVEL DECREASE, UNDER U.S.S.G. §3E1.1(b), FOR ACCEPTANCE OF RESPONSIBILITY

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this request for an additional one-level decrease, under section 3E1.1(b) of the U.S. Sentencing Guidelines, for acceptance of responsibility, and states as follows:

1. The defendant, ISAIH HOLLAND, was arrested on September 26, 2005 and charged with unlawful possession of a firearm and ammunition by a person previously convicted of a felony.

2. On his October 21, 2005 status hearing date, the defendant expressed his interest in considering the government's proposed plea offer. At a second status hearing on November 10, 2005, the defendant indicated a desire to enter into a plea of guilty in this matter. On December 7, 2005, a Criminal Information was filed in U.S. District Court for the District of Columbia, in preparation for the entry of a guilty plea.

-2-

4. The defendant entered a guilty plea in this matter on January 4, 2006 to unlawfully possessing a firearm and ammunition after being convicted of a felony. He admitted to a proffer of facts tendered by the government describing the events of September 26, 2005.

5. The defendant's actions after his arrest assisted in his prosecution, in that he gave timely notice of his intention to enter a plea of guilty, and thereby permitted the government to avoid preparing for trial and permitted the government and the court to allocate their resources efficiently. *See* U.S.S.G. §3E1.1 (Suppl. dated April 30, 2003). Moreover, the defendant's actions conserved judicial time and greatly reduced the congestion of the judicial docket.

WHEREFORE, the government requests a one-level reduction, under Section 3E1.1 of the U.S. Sentencing Guidelines, to the calculation of the defendant's sentencing range.

Respectfully Submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar Number 451058

By: _____

LYNN C. HOLLIDAY
Assistant U.S. Attorney
D.C. Bar Number 415954
United States Attorney's Office
555 Fourth Street, N.W., Rm. 4836
Washington, D.C. 20530
Tel. (202) 616-9550