UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-436(CKK) |
| v. | : | |
| ISAIH HOLLAND, | : | |
| Defendant. | : | |

## O R D E R

_____Upon consideration of the Government's Request for an Additional One-Level Decrease for Acceptance of Responsibility, and for good cause shown, it is hereby

ORDERED that the government's request is granted.

_____
Colleen Kollar-Kotelly
United States District Court Judge

cc:   AUSA Lynn C. Holliday
United States Attorney's Office
555 Fourth Street, N.W., Rm. 4836
Washington, D.C.  20530
lynn.holliday@usdoj.gov

Michelle Peterson, Esq.
625 Indiana Avenue, N.W.
Suite 550
Washington, DC 20004