UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. CR 05-436 (CKK)** |
| | : | |
| v. | : | |
| | : | |
| **ISIAH N. HOLLAND,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Robert J. Feitel, at telephone number (202) 353-3706, and/or email address Robert.Feitel2@usdoj.gov. Assistant United States Attorney Robert J. Feitel, will substitute for Assistant United States Attorney Lynn Holliday as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

---

**Robert J. Feitel**
Bar No. 433-180
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, NW, Room **4231**
Washington, DC 20530
(202) 353-3706